(84 South. 774)

### HOWELL v. STATE. (2 Div. 218.)

(Court of Appeals of Alabama. April 6, 1920.)

CRIMINAL LAW ⬳260(13)—JURISDICTION OF CIRCUIT COURT ON APPEAL DEPENDS ON JURISDICTION OF JUSTICE.

Where charge of larceny of hog of value of $15 as shown by complaint filed on appeal in circuit court was not within jurisdiction of justice of the peace under Code 1907, § 6733, judgment of conviction rendered by circuit court, whose jurisdiction was dependent on that of the justice, was a nullity.

Appeal from Circuit Court, Marengo County; R. I. Jones, Judge.

Wess Howell was convicted of larceny, and he appeals. Appeal dismissed.

Defendant was charged by affidavit before a justice of the peace with petit larceny of a hog, was convicted, and on appeal to the circuit court the solicitor filed a statement under the statute charging the larceny of a hog of the value of $15. To this complaint defendant filed a plea to the jurisdiction of the court, along with his plea of not guilty. The case was tried by the judge without a jury, and a judgment rendered finding the defendant guilty as charged, but ignoring the plea to the jurisdiction.

S. W. Compton, of Linden, for appellant.

The complaint filed shows a want of jurisdiction in the justice court, and therefore the circuit court had no jurisdiction, and the appeal should be dismissed. Section 6733, Code 1907; 156 Ala. 89, 47 South. 104; 12 Ala. App. 119, 68 South. 499.

J. Q. Smith, Atty. Gen., for the State. No brief reached the Reporter.

SAMFORD, J. The charge as shown by the complaint filed was not within the jurisdiction of the justice of the peace. Code 1907, § 6733. The jurisdiction of the circuit court in this case is predicated and dependent upon the jurisdiction of the justice of the peace. It follows, therefore, that the judgment of the circuit court was a nullity and will not support an appeal. The appeal is dismissed on authority of Martin v. State, 156 Ala. 89, 47 South. 104.

Appeal dismissed.

---

⬳For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes